**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: THE PETITION OF LAW    :   No. 74 WM 2020
STUDENTS FOR EQUITABLE    :
RESPONSES TO COVID-19 BY RYAN    :   Petition for Review Under the
ALOYSIUS SMITH AND PRETTY    :   Court's Exclusive Jurisdiction and for
MARTINEZ, TRUSTEES AD LITEM;    :   Extraordinary Relief under the
ROBERT SUITE, MARY BETH KUZNIK,    :   Court's King's Bench Jurisdiction
BRANDON VANTINE, ROBERT GAVIN,    :
CHRISTIAN WOLGEMUTH, JESSICA    :
MCDERMOTT, RAVEN MOORE, DEREK    :
DEMERI, CATHERINE CUFF, MICHELLE    :
TABACH, KARLA PISARCIK, CAROLINE    :
ROBELEN, KARLI STUDY    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 10th day of September, 2020, Petitioners' Application for Leave to File Reply Brief is **GRANTED**, and their Petition for Review under the Court's Exclusive Jurisdiction and for Extraordinary Relief under the Court's King's Bench Jurisdiction is **DENIED**. Respondent's Application for Leave to File Post-Submission Communication is **DENIED** as moot.